

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00297-CV
No. 02-24-00303-CV

_____

IN RE I.Z., Relator

---

Original Proceedings
16th District Court of Denton County, Texas
Trial Court Nos. 23-1534-16, 24-1547-16

---

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

On July 12, 2024, this court sent the parties a letter (1) indicating that in light of subsequent events in the trial court, these original proceedings might be moot; (2) requesting that the relator provide a status update on or before July 19, 2024; and (3) warning that if we did not receive the update on or before that date, these original proceedings could be dismissed. We have not received a status update as requested. Thus, we lift all previous stay orders, and we dismiss both original proceedings. *Cf.* Tex. R. App. P. 42.3(c), 44.3.

Per Curiam

Delivered: July 22, 2024